AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
10/23/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: RYO   DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
10/24/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: VV   DEPUTY

United States of America

v.

JULIO RAMIREZ,

aka "Jose De Jesus Ramirez-Estrada",

Defendant.

Case No.   2:25-mj-06611-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 22, 2025, in the county of Los Angeles in the Central District of California, the defendant violated:

*Code Section*

18 U.S.C. § 111

*Offense Description*

Assault on a Federal Officer

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Mark Nehez
Complainant's signature

Mark Nehez, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 10/24/2025

Judge's signature

City and state: Los Angeles, California

Hon. Margo A. Rocconi, U.S. Magistrate Judge
Printed name and title

AUSA: Patrick Kibbe, x6482

**AFFIDAVIT**

I, Mark Nehez, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against Julio Ramirez ("RAMIREZ") for a violation of 18 U.S.C. § 111 (Assault on a Federal Officer).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), and have been so employed since April 2023. Since May 2025, I have been assigned to the Long Beach Violent Crimes & Major Offenders squad. I have gained experience in violent crime matters by managing and/or participating in investigations and receiving on-the-job training with more experienced and senior agents.

4.  I have received training in the area of violent offences.  Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. § 111, and I am authorized by law to request a criminal complaint.

5.  Through my training and experience, I have become familiar with methods used by people who commit offenses involving assault on federal officers.  My training and experience have given me an understanding of how people will attempt to fight back against law enforcement officers during an arrest.

### III. SUMMARY OF PROBABLE CAUSE

6.  On October 22, 2025, federal law enforcement officers were attempting to arrest Julio Ramirez ("RAMIREZ"), also known as Jose De Jesus Ramirez-Estrada, on the corner of Marine Avenue and Halldale Avenue in Gardena, California. During the arrest, RAMIREZ did not listen to commands, and resisted law enforcement officers when they attempted to place handcuffs on him. Law enforcement officers were able to get RAMIREZ on his stomach and continued to attempt to put handcuffs on him. RAMIREZ attempted multiple times to bite Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Special Agent T.F. ("Witness 1") and Federal Bureau of Investigation (FBI) Special Agent D.L. ("Witness 2"). During the struggle, RAMIREZ bit FBI Special Agent E.P. ("Victim") on her right hand. RAMIREZ was successfully handcuffed and placed in Witness 1's official ICE vehicle.

## IV. STATEMENT OF PROBABLE CAUSE

7. Unless otherwise indicated, I know the following based on my involvement in the investigation, conversations with other law enforcement agents, and my review of body worn camera footage:

### A. RAMIREZ RESISTS ARREST AND BITES VICTIM

8. On October 22, 2025, law enforcement officers were tasked with surveillance to arrest RAMIREZ in Gardena, California based on an I-200 Arrest Warrant (WARRANT FOR AN ARREST OF ALIEN).

9. RAMIREZ left his residence at or around 7:15 a.m. and proceeded east on Marine Avenue riding a tricycle. Witness 1 then approached and initiated the arrest of RAMIREZ at the corner of Marine Avenue and Halldale Avenue. When RAMIREZ was told his arrest warrant was for immigration purposes by Witness 2, he began to resist and attempted to leave the area. Witness 1 and Witness 2 gave RAMIREZ commands to stop resisting and to calm down. Witness 1 and Witness 2 put RAMIREZ on the ground and continued to attempt to put handcuffs on RAMIREZ.

10. During the struggle, Victim arrived and began to assist in putting RAMIREZ on his stomach. Witness 2 then stated that RAMIREZ was attempting to bite him. As the struggle continued, Victim saw RAMIREZ attempting to bite Witness 1 on the leg and saw RAMIREZ biting Witness 1's pants. Victim withdrew her own handcuffs to restrain RAMIREZ, but he grabbed the handcuffs from her. After grabbing the handcuffs from

Victim, RAMIREZ bit her on her right hand, specifically the right thumb metacarpal.

11. Video footage and photos of Victim's injuries show that her right thumb metacarpal was bruised, scraped, and bleeding were RAMIREZ bit her. Bite marks were also visible on Victim's skin.



## V. CONCLUSION

12. For all of the reasons described above, there is probable cause to believe that RAMIREZ has committed a violation of 18 U.S.C. § 111 (Assault on a Federal Officer).

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this __24th day of
October, 2025.

_____
HON. MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE